UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                                    **JS-6**

| Case No. | **CV 25-6685-AH(RAOx)** | Date | FEBRUARY 25, 2026 |
|---|---|---|---|
| Title | Advanced Orthopedic Center Inc et al v. Lakeside Medical Organization | | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Jonathan Nissnoff, In Pro Per                    Lloyd Vu

**Proceedings:     HEARING RE: PLAINTIFF'S MOTION TO REMAND [76]; MOTION TO DISMISS [79]; PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY [87]**

The case is called and counsel state their appearances.  The Court and counsel confer.

Following oral argument, the Court makes an oral ruling as follows: Plaintiff's motion to remand [76] is denied. The Defendant's motion to dismiss [79] is granted.   Plaintiff's motion for leave to file limited sur-reply [87 ] and for judicial notice[71] is hereby granted.   This case is dismissed without prejudice and without leave to amend.

IT IS SO ORDERED.

cc: all parties

                                                                                            __ : 05

---

CV-90 (2/10)                    **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS